No. 716. NATIONAL EXCHANGE BANK OF PROVIDENCE, R. I., PETITIONER, *v.* CITY OF SUPERIOR. May 27, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. H. Caldwell* for petitioner. *Mr. Louis K. Luse* for respondent.

No. 731. TOWN OF CENTERVILLE STATION, ST. CLAIR COUNTY, ILL., PETITIONER, *v.* NORTHWESTERN SAVINGS BANK. May 27, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward C. Kramer* for petitioner. *Mr. B. H. Canby* for respondent.

No. 734. SEYMOUR W. BONSALL, PETITIONER, *v.* ARTHUR C. PRATT. May 27, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Lowenstein* for petitioner. *Mr. John M. Coit* for respondent.